MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-MC-00136-TLN-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $6,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $6,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant John

Burson ("Burson"), by and through their respective counsel, as follows:

1.      On or about June 15, 2018, claimant Burson file a claim in the administrative forfeiture

proceedings with the United States Postal Inspection Service with respect to the both parcels with

Approximately $6,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on

April 6, 2018.

2.      The United States Postal Inspection Service has sent the written notice of intent to forfeit

required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any

person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

other than the claimant has filed a claim to the defendant currency as required by law in the

administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was September 13, 2018.

4.      By Stipulation and Order filed September 14, 2018, the parties stipulated to extend to December 12, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed December 20, 2018, the parties stipulated to extend to January 11, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      By Stipulation and Order filed January 15, 2019, the parties stipulated to extend to February 11, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 11, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to March 11, 2019.

Dated:   2/11/2019                       MCGREGOR W. SCOTT
                                           United States Attorney

                                         /s/ Kevin C. Khasigian
                                       KEVIN C. KHASIGIAN
                                       Assistant U.S. Attorney

Dated:   2/11/2019                       /s/ Dean Cook
                                         DEAN COOK
                                       Attorney for John Burson
                                       (As authorized via phone)

IT IS SO ORDERED.

Dated: February 20, 2019

Troy L. Nunley
United States District Judge